

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00495-CR

Ramiro Alfredo **MORA** III a/k/a Ramiro Alfred Mora III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court 1, Tarrant County, Texas
Trial Court No. 1237653D
The Honorable Sharen Wilson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 6, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice